| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Burkhardt, Jill L. | 2. Court or Organization United States District Court, Southern District of Californi | 3. Date of Report 05/16/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) full-time Magistrate Judge | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

| 7. Chambers or Office Address 221 W. Broadway, Suite 5140 San Diego, CA 92101 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Board Member | Association of Business Trial Lawyers |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 05/16/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Artful Chefs, independant contractor salary |
| 2. 2017 | Inside Bill's Kitchen, self-employed (personal chef) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke Law School | 09/06/2017 to 09/08/2017 | Washington DC | TAR Conference | Transportation, lodging, food, conference fees |
| 2. | Association of Business Trial Lawyers | 10/05/2017 to 10/08/2017 | Carlsbad, CA | ABTL Annual Seminar | Transportation, lodging, food, seminar fees |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 05/16/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 05/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust # 1 (H) | | | | | | | | | |
| 2. - Rental Property, San Diego, CA | D | Rent | N | W | | | | | |
| 3. Cabrillo Federal Credit Union account | A | Interest | L | T | | | | | |
| 4. California Coast Credit Union account | A | Interest | J | T | Open | 01/05/17 | J | | |
| 5. Charles Scwab checking account | | None | J | T | | | | | |
| 6. Coastal Life Wealth - Roth #1 (H) | | | | | | | | | |
| 7. - Coastal Life Wealth QPRMQ | A | Interest | J | T | | | | | |
| 8. - iShares core S&P 500 Index ETF (IVV) (exchange traded fund) | A | Dividend | K | T | | | | | |
| 9. Coastal Life Wealth - Roth #2 (H) | | | | | | | | | |
| 10. - Coastal Life Wealth QPRMQ | A | Interest | J | T | | | | | |
| 11. -F (common stock) | A | Dividend | | | Sold | 12/13/17 | J | C | |
| 12. -MGM (common stock) | A | Dividend | J | T | | | | | |
| 13. -TGT (common stock) | A | Dividend | | | Sold | 12/13/17 | J | C | |
| 14. -AAL (common stock) | A | Dividend | J | T | | | | | |
| 15. Coastal Life Wealth - IRA #1 (H) | | | | | | | | | |
| 16. -Coastal Life Wealth QPRMQ | A | Interest | J | T | | | | | |
| 17. -BA (common stock) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -CSCO (common stock) | A | Dividend | J | T | | | | | |
| 19. -CVX (common stock) | B | Dividend | K | T | | | | | |
| 20. -KMI (common stock) | A | Dividend | | | Sold | 12/07/17 | J | D | |
| 21. -QCOM (common stock) | A | Dividend | | | Sold | 11/10/17 | J | D | |
| 22. -T (common stock) | A | Dividend | J | T | | | | | |
| 23. -TGT (common stock) | A | Dividend | | | Sold | 12/08/17 | K | E | |
| 24. -Ishares Core S&P 500 ETF (exchange traded fund) | A | Dividend | K | T | | | | | |
| 25. -Industrial Property Trust (private investment) | B | Dividend | K | T | | | | | |
| 26. -JNJ (common stock) | A | Dividend | J | T | Buy | 12/15/17 | J | | |
| 27. -JPM (common stock) | A | Dividend | J | T | Buy | 12/15/17 | J | | |
| 28. Coastal Life Wealth - IRA #2 (H) | | | | | | | | | |
| 29. -Coastal Life Wealth QPRMQ | A | Interest | J | T | | | | | |
| 30. -BRKB (common stock) | A | Dividend | M | T | | | | | |
| 31. -NVS (common stock) | A | Dividend | | | Sold | 04/24/17 | J | A | |
| 32. -UPS (common stock) | A | Dividend | | | Sold | 04/24/17 | J | A | |
| 33. -Ivy Asset Strategy - WASCX (mutual fund) | A | Dividend | | | Sold | 04/24/17 | L | A | |
| 34. -JP Morgan Equity Income - OINCX (mutual fund) | A | Dividend | | | Sold | 04/24/17 | M | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 05/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -MFS International Diversification - MDIGX (mutual fund) | A | Dividend | | | Sold | 04/24/17 | L | C | |
| 36. -American Funds EuroPacific Grotwth Fund - AEPFX (mutual fund) | A | Dividend | K | T | Buy | 10/01/17 | K | | |
| 37. -BlackRock Floating Rate Income Fund - BFRIX (mutual fund) | A | Dividend | J | T | Buy | 05/04/17 | J | | |
| 38. -BlackRock High-Yield Bond Portfolio - BHYIX (mutual fund) | A | Dividend | J | T | Buy | 05/17/17 | J | | |
| 39. -Edgewood Growth Fund - EGFIX (mutual fund) | A | Dividend | K | T | Buy | 05/01/17 | K | | |
| 40. | | | | J | | Buy (add'l) | 05/17/17 | J | |
| 41. | | | | | | Sold (part) | 05/19/17 | J | A |
| 42. -Harding Loevner Institutional Emerging HLMEX (mutual fund) | A | Dividend | J | T | Buy | 05/04/17 | J | | |
| 43. -iShares Russell 2000 Growth ETF - IWO (exchange traded fund) | A | Dividend | J | T | Buy | 05/03/17 | J | | |
| 44. -iShares Russell 2000 Value ETF - IWN (exchange traded fund) | A | Dividend | J | T | Buy | 05/03/17 | J | | |
| 45. -Templeton Global Bond Fund - TGBAX (mutual fund) | A | Dividend | J | T | Buy | 05/04/17 | J | | |
| 46. -Prudential Short-Term Corporate Bond - PIFZX (mutual fund) | A | Dividend | K | T | Buy | 05/01/17 | K | | |
| 47. -PIMCO Income Fund - PONAX (mutual fund) | A | Dividend | J | T | Buy | 05/04/17 | J | | |
| 48. -Vanguard Mid-Cap Index Fund ETF - VO (exchange traded fund) | A | Dividend | K | T | Buy | 05/03/17 | J | | |
| 49. -Legg Mason Clearbridge Appreciation - SAPYX (mutual fund) | A | Dividend | K | T | Buy | 05/01/17 | K | | |
| 50. -Prudential Total Return Bond Fund - PDBZX (mutual fund) | B | Dividend | K | T | Buy | 05/17/17 | K | | |
| 51. Victory Trivalent International Small-Cap - MISIX (mutual fund) | A | Dividend | J | T | Buy | 05/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 05/16/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Tweedy, Browne Global Value Fund - TBGVX (mutual fund) | A | Dividend | K | T | Buy | 05/01/17 | K | | |
| 53. Other #1 (H) | | | | | | | | | |
| 54. -Coastal Life Wealth QPRMQ | A | Interest | J | T | | | | | |
| 55. -Fidelity Advisor Strategic Income A (FSTAX) (mutual fund) | A | Dividend | K | T | | | | | |
| 56. -Invesco Intermediate Term Municipal Income (VKLMX) (mutual fund) | A | Dividend | K | T | | | | | |
| 57. -iShares Select Dividend ETF (DVY) (exchange traded fund) | A | Dividend | K | T | | | | | |
| 58. Other #2 (H) | | | | | | | | | |
| 59. - Coastal LIfe Wealth QPRMQ | A | Interest | J | T | | | | | |
| 60. -WDC (common stock) | A | Dividend | J | T | | | | | |
| 61. -Chula Vista bond | A | Interest | K | T | | | | | |
| 62. -Franklin Cal Interm - FCCIX (mutual fund) | B | Dividend | L | T | | | | | |
| 63. Coastal Life Wealth IRA #5 (H) | | | | | | | | | |
| 64. -Coastl Life Wealth QPRMQ | A | Interest | J | T | | | | | |
| 65. -Ishares Select Dividend ETF (DVY) (exchange traded fund) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 05/16/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, line 25 - The Industrial Property Trust is a private investment; it doesn't trade on a stock exchange. It does not have a symbol, but it has a cusip number of 4562A207

| Name of Person Reporting | Date of Report |
|---|---|
| Burkhardt, Jill L. | 05/16/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jill L. Burkhardt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544